## Nantz v. Hurst.

(Decided October 26, 1915.)

Appeal from Owsley Circuit Court.

Contracts—Interest on Purchase of Land—When Not Usurious.— Where, on a purchase of land, the vendee agrees to pay as part of the purchase price a rate of interest on deferred payments. exceeding the legal rate, the contract is not usurious.

H. C. EVERSOLE for appellant.

E. E. HOGG for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Reversing.

In this action to recover on a note executed in consideration for a conveyance of land, and to enforce a purchase money lien for the payment thereof, the court erred in adjudging that the stipulated interest in excess of 6% was usurious. In the meaning of the statute it was

not a transaction for the loan or forbearance of money. Gruell v. Smalley, 1 Duvall, 358; Tousey v. Robinson, 1 Met., 663; Eddy v. Northup, 15 Ky. L. R., 434; 23 S. W., 3531; McCann's Exr. v. Bell, 79 Ky., 113; Watts v. National Building & Loan Assn., 102 Ky., 29 Berry v. Walker, 9 B. Mon., 464.

The judgment is reversed with directions to enter judgment for the amount of the note and interest sued on, and enforce the lien on the land described in the judgment.